UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JONINA M. ABRON-ERVIN and ]
LORENZO EDWARD ERVIN ]
    Plaintiffs, ]
     ] No. **3 10 0433**
v. ] (No. 3:10-mc-0014)
     ] Judge Echols
GINA LODGE, et al. ]
    Defendants. ]

O R D E R

On April 1, 2010, an Order (Docket Entry No. 8) was entered denying the plaintiffs' application to proceed in forma pauperis (Docket Entry No. 3). Since the entry of that Order, the plaintiffs have filed a Motion to Reconsider (Docket Entry No. 10) the denial.

Accepting the financial information provided by the plaintiffs in the Motion to Reconsider as true, the Court finds that the plaintiffs were denied pauper status in error. The plaintiffs' Motion to Reconsider, therefore, is GRANTED. The Order denying the plaintiffs' application to proceed in forma pauperis is VACATED and the plaintiffs are hereby GRANTED pauper status. 28 U.S.C. § 1915(a).

The Court has reviewed the complaint and finds that it is not facially frivolous. Accordingly, the Clerk is directed to ISSUE PROCESS to the defendants. The United States Marshal is directed to serve process on the defendants.

This action is REFERRED to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pre-trial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b), Fed.R.Civ.P., and the Local Rules of Court.

It is so ORDERED.

/s/ Robert L. Echols
Robert L. Echols
United States District Judge