UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JONINA M. ABRON-ERVIN, et al.,       )
                                     )
        Plaintiffs,                  )
                                     )
            v.                       )   NO. 3:10-0433
                                     )   Judge Echols/Bryant
GINA LODGE, Commissioner, et al.     )
                                     )
        Defendants.                  )

**O R D E R**

Judge Haynes' Chambers has advised the Magistrate Judge's office that this case is set for a two-day bench trial on **June 7, 2011, at 9:00 a.m.,** with a final pretrial conference on **May 23, 2011, at 3:00 p.m.**

Judge Haynes will issue a separate order setting out his requirements for both the trial and final pretrial conference at a later date.

It is so **ORDERED**.

                                                        s/ John S. Bryant
                                                        JOHN S. BRYANT
                                                        United States Magistrate Judge