IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JONINA M. ABRON-ERVIN,<br>LORENZO EDWARD ERVIN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CASE NO. 3:10-00433<br>JUDGE HAYNES |
| v. | )<br>) | |
| GINA LODGE, Commissioner, and<br>TENNESSEE DEPARTMENT OF<br>HUMAN SERVICES, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

Upon review of the file, Defendants have been served and filed an answer, but have not opposed the motion for a temporary restraining order (Docket Entry No. 2). The motion for a temporary restraining order contains verified statements that satisfy the requirements of Fed. R. Civ. P. 65(a), Plaintiffs are likely to succeed on the merits of their claims, and irreparable harm will result to Plaintiffs if this motion is not granted. See Goldberg v. Kelly, 397 U.S. 254 (1970). Accordingly, the motion for a temporary restraining order (Docket Entry No. 2) is **GRANTED** to reinstate Plaintiffs' food stamp eligibility pending further Order of the Court.

It is so **ORDERED**.

**ENTERED** this the ___ day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge